UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ABSOLUTE SOFTWARE, INC. et al.,                :
                                                :
                    Plaintiffs,                 :
                                                :           **ADMINISTRATIVE ORDER**
            v.                                  :
                                                :           05 Civ. 3273 (RMB)
BRIGADOON SOFTWARE, INC.                        :
                                                :
                    Defendant.                  :
------------------------------------------------------------------x

**Richard M. Berman, U.S.D.J.:**

Irene Y. Lee having been admitted pro hac vice by Order dated June 9, 2005 [11], the pending motion [12] is dismissed as moot.

Dated: New York, New York
       January 23, 2006

                                                            _RMB_____
                                                            Hon. Richard M. Berman, U.S.D.J.

