UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABSOLUTE SOFTWARE, INC, and
ABSOLUTE SOFTWARE CORP.,

                    Plaintiff(s),                    05 CIVIL 3273 (RMB)

      -against-

BRIGADOON SOFTWARE, INC.,

                    Defendant(s).
------------------------------------------------------------X

**RICHARD M. BERMAN, U.S.D.J.:**

        For the reasons set forth at the conference held before the Court on November 22, 2006, it is hereby,

        **ORDERED**, that the Clerk of Court place the above-entitled action on the **SUSPENSE** docket; and it is further,

        **ORDERED**, that the parties, in addition to counsel, appear at a conference before the Court at 11 a.m. on January 22, 2007.

**SO ORDERED.**

Dated: New York, New York
       November 27, 2006

                                                _/s/ RMB_
                                     Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/06