UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ABSOLUTE SOFTWARE INC., et al.,

                              Plaintiffs,

                           05 Civ. 3273 (RMB) (THK)

            - against -

                           **ADMINISTRATIVE ORDER**

BRIGADOOM SOFTWARE, INC., et al.,

                              Defendants.
-----------------------------------------------------------x

        The parties are directed to submit a joint letter to the Court by March 6, 2009 (noon) regarding the status of the above-entitled action.

**SO ORDERED.**

Dated: New York, New York
         February 26, 2009

                                                   /s/ RMB
                                        RICHARD M. BERMAN, U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02.26.09